U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
**July 17, 2018**
**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OD31 (10/1/14) sfs

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

| | | |
|---|---|---|
| In re<br>**Peak Web LLC**<br>Debtor(s) | ) )<br>) )<br>) ) | Case No. 16–32311–pcm11 |
| **Mark Calvert, Litigation Trustee of Peak Web Litigation Trust**<br>Plaintiff(s)<br>v.<br>**Amur Equipment Finance, Inc., fka Axis Capital Inc.**<br>Defendant(s) | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) | Adv. Proc. No. 18–03052–pcm<br><br><br><br>Order Re: Dismissal or Other Final Disposition Effective Within 30 Days |

An interested party reported that the above−entitled proceeding is settled, and therefore,

**IT IS ORDERED** that this proceeding will be dismissed, without further Court order, unless a stipulated judgment or proposed judgment, whichever applies, is filed with the Clerk of Court within **30** days of this order's "Filed" date. Any subsequent motion required to reopen the proceeding shall be accompanied by an affidavit setting forth substantial reasons why this proceeding should be reopened.

###